REEVES *v.* ALABAMA.

No. 66.   Argued January 8–9, 1958.—Decided January 13, 1958.

*Peter A. Hall* and *Orzell Billingsley, Jr.* argued the cause and filed a brief for petitioner.

*William F. Thetford* and *Robert B. Stewart* argued the cause for respondent.   With them on the brief were *John Patterson,* Attorney General of Alabama, and *Bernard F. Sykes,* Assistant Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE DOUGLAS dissents.